[No. 34921-3-II.   Division Two.   July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL D. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00590-7, David E. Foscue, J., entered May 1, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 34944-2-II.   Division Two.   July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK L. JEFFERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00364-4, Gary Tabor, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35051-3-II.   Division Two.   July 25, 2007.]

*In the Matter of the Marriage of* DARREL E. BOWMAN, *Appellant*, and CHRISTINA PALMERSTON-BOWMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-02168-4, Linda CJ Lee, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35139-1-II.   Division Two.   July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVIA LEANORA LAUIFI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04441-3, Kitty-Ann van Doorninck, J., entered July 21, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.